# EXHIBIT I
# Feb. 28, 2022
# AFLF Tweets re: SB 8

**America First Legal** @America1stLegal · Feb 28

BREAKING → America First Legal is proud of @TXAG's efforts and is honored to have been part of the legal team defending the Texas Heartbeat Act! ⬇️

> **Texas Attorney General** @TXAG · Feb 28
>
> I want to thank everyone that was involved in making #SB8 happen. Abortions fell by 60 percent in #Texas the first month after its effect.
>
> I will continue to fight tirelessly for the rights of the unborn.
>
> 3:42   6,718 views

💬 2   🔁 4   ♡ 15

---

**America First Legal** @America1stLegal · Feb 28

America First Legal is proud of @TXAG's efforts and is honored to have been part of the legal team defending the Texas Heartbeat Act! #SB8

💬 3   🔁 3   ♡ 12

---

🔁 America First Legal Retweeted

**Texas Attorney General** @TXAG · Feb 28

I want to thank everyone that was involved in making #SB8 happen. Abortions fell by 60 percent in #Texas the first month after its effect.

I will continue to fight tirelessly for the rights of the unborn.

🔗 Visit texasattorneygeneral.gov

6,718 views   0:36 / 4:05

💬 122   🔁 106   ♡ 341