CO-932
Rev. 4/96

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk=s records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

1. **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

   A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

   [ ] (a) relates to common property
   [X] (b) involves common issues of fact
   [X] (c) grows out of the same event or transaction
   [ ] (d) involves the validity or infringement of the same patent
   [ ] (e) is filed by the same pro se litigant

2. **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

   A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

   Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
   **See attached.**

4. CAPTION AND CASE NUMBER OF RELATED CASE(ES). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

   **See attached.** _____ v. _____ C.A. No. _____

   **March 16, 2022**              _____
   DATE                              Signature of Plaintiff/Defendant (or counsel)

Plaintiffs now file this "Notice of Related Cases" and bring to the Court's attention the following matters which are related to the matter captioned:

- *In re Texas Heartbeat Act Litigation* (Texas Multi-District Litigation); presently pending in an MDL pretrial court under the title *Van Stean v. Texas Right to Life, et al.*, Cause No. D-1-GN-21-004179, before the Honorable David Peeples, who is presiding in the 98th District Court of Travis County, Texas (the "Texas MDL Matter")

    o There is an interlocutory appeal pending in this matter relating to a denied motion to dismiss under the Texas Citizens Participation Act. That matter is *Texas Right to Life and John Seago v. Allison Van Stean, et al.*, Case No. 03-21-00650-CV, and is pending in the Court of Appeals for the Third District of Texas.

- *In re Sadie Weldon*, Case No. 22-01-014, a matter brought seeking a Texas pre-suit deposition originally filed in the 271st District Court of Jack County, Texas on January 26, 2022, but now pending in the Texas MDL Matter pursuant to the filing of a "tag-along" notice.

- *In re Ashley Maxwell*, Case No. 22-1046-431, a Texas pre-suit deposition originally filed in the 431st District Court of Denton County, Texas on February 2, 2022, but now pending in the Texas MDL Matter pursuant to the filing of a "tag-along" notice.