UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**North Texas Equal Access Fund;**
**Lilith Fund For Reproductive Equity**,

Plaintiffs,

v.

**America First Legal Foundation**,

Defendant.

Case No. 1:22-cv-00728-ABJ

### DEFENDANT'S ANSWER

1. The defendant admits that the plaintiffs brought this lawsuit "to obtain declaratory and injunctive relief against Defendant America First Legal Foundation." The defendant denies the remaining allegations of paragraph 1 of the complaint.

2. The defendant admits that Senate Bill 8 "was passed by the Texas Legislature in May 2021." The defendant denies the remaining allegations of paragraph 2 of the complaint.

3. The defendant denies the allegations of paragraph 3 of the complaint.

4. The defendant denies the allegations of paragraph 4 of the complaint.

5. The defendant denies the allegations of paragraph 5 of the complaint.

6. The defendant denies the allegations of paragraph 6 of the complaint.

### PARTIES

7. The defendant admits the allegations of paragraph 7 of the complaint.

8. The defendant denies the allegations of paragraph 8 of the complaint.

9. The defendant admits the allegations of paragraph 9 of the complaint.

10. The defendant denies the allegations of paragraph 10 of the complaint.

11. The defendant admits the allegations of paragraph 11 of the complaint.

## JURISDICTION AND VENUE

12. The defendant denies that the Court has subject-matter jurisdiction over this action because there is no Article III case or controversy between the plaintiffs and the defendant.

13. The defendant denies that this lawsuit arises under federal law.

14. The defendant denies the existence of diversity jurisdiction under 28 U.S.C. § 1332.

15. The defendant admits the existence of personal jurisdiction in this Court.

16. The defendant admits that venue is appropriate in this judicial district.

17. The defendant denies that the plaintiffs' claims for declaratory and injunctive relief are authorized by 28 U.S.C. §§ 2201 and 2202, Rules 57 and 65 of the Federal Rules of Civil Procedure, or the general legal and equitable powers of the Court.

## FACTS

18. The defendant admits the allegations of paragraph 18 of the complaint.

19. The defendant denies the allegations of paragraph 19 of the complaint.

20. The defendant denies the allegations of paragraph 20 of the complaint.

21. The defendant denies the allegations of paragraph 21 of the complaint.

22. The defendant denies the allegations of paragraph 22 of the complaint.

23. The defendant denies the allegations of paragraph 23 of the complaint.

24. The defendant denies the allegations of paragraph 24 of the complaint.

25. The defendant admits that SB8 became effective on September 1, 2021. The defendant denies the remaining allegations of paragraph 25 of the complaint.

26. The defendant denies the allegations of paragraph 26 of the complaint.

27. The defendant admits the allegations of paragraph 27 of the complaint

28. The defendant denies the allegations of paragraph 28 of the complaint.

29. The defendant admits the allegations of paragraph 29 of the complaint.

30. The defendant admits the allegations of paragraph 30 of the complaint.

31. The defendant admits the allegations of paragraph 31 of the complaint.
32. The defendant admits the allegations of paragraph 32 of the complaint.
33. The defendant admits the allegations of paragraph 33 of the complaint.
34. The defendant denies the allegations of paragraph 34 of the complaint.
35. The defendant admits the allegations of paragraph 35 of the complaint.
36. The defendant admits the allegations of paragraph 36 of the complaint.
37. The defendant admits the allegations of paragraph 37 of the complaint.
38. The defendant admits the allegations of paragraph 38 of the complaint.
39. The defendant admits the allegations of paragraph 39 of the complaint.
40. The defendant admits the allegations of paragraph 40 of the complaint.
41. The defendant denies the allegations of paragraph 41 of the complaint.
42. The defendant denies the allegations of paragraph 42 of the complaint.
43. The defendant denies the allegations of paragraph 43 of the complaint.
44. The defendant denies the allegations of paragraph 44 of the complaint.
45. The defendant denies the allegations of paragraph 45 of the complaint.
46. The defendant denies the allegations of paragraph 46 of the complaint.
47. The defendant denies the allegations of paragraph 47 of the complaint.
48. The defendant admits the allegations of paragraph 48 of the complaint.
49. The defendant denies the allegations of paragraph 49 of the complaint.
50. The defendant denies the allegations of paragraph 50 of the complaint.
51. The defendant denies the allegations of paragraph 51 of the complaint.
52. The defendant denies the allegations of paragraph 52 of the complaint.
53. The defendant denies the allegations of paragraph 53 of the complaint.

## CLAIMS FOR RELIEF

54. The defendant needs not admit or deny a paragraph that incorporates previous paragraphs.

55. The defendant admits the allegations of paragraph 55 of the complaint.
56. The defendant denies the allegations of paragraph 56 of the complaint.
57. The defendant denies the allegations of paragraph 57 of the complaint.
58. The defendant denies the allegations of paragraph 58 of the complaint.
59. The defendant denies the allegations of paragraph 59 of the complaint.
60. The defendant denies the allegations of paragraph 60 of the complaint.
61. The defendant denies the allegations of paragraph 61 of the complaint.
62. The defendant denies the allegations of paragraph 62 of the complaint.
63. The defendant denies the allegations of paragraph 63 of the complaint.
64. The defendant denies the allegations of paragraph 64 of the complaint.
65. The defendant denies the allegations of paragraph 65 of the complaint.
66. The defendant denies the allegations of paragraph 66 of the complaint.
67. The defendant denies the allegations of paragraph 67 of the complaint.
68. The defendant denies the allegations of paragraph 68 of the complaint.
69. The defendant denies the allegations of paragraph 69 of the complaint.
70. The defendant denies the allegations of paragraph 70 of the complaint.
71. The defendant denies the allegations of paragraph 71 of the complaint.
72. The defendant denies the allegations of paragraph 72 of the complaint.
73. The defendant denies the allegations of paragraph 73 of the complaint.
74. The defendant denies the allegations of paragraph 74 of the complaint.
75. The defendant denies the allegations of paragraph 75 of the complaint.
76. The defendant denies the allegations of paragraph 76 of the complaint.
77. The defendant denies the allegations of paragraph 77 of the complaint.
78. The defendant denies the allegations of paragraph 78 of the complaint.
79. The defendant denies the allegations of paragraph 79 of the complaint.
80. The defendant denies the allegations of paragraph 80 of the complaint.

81. The defendant needs not admit or deny a paragraph that incorporates previous paragraphs.

82. The defendant admits the allegations of paragraph 82 of the complaint.

83. The defendant denies the allegations of paragraph 83 of the complaint.

84. The defendant denies the allegations of paragraph 84 of the complaint.

85. The defendant denies the allegations of paragraph 85 of the complaint.

86. The defendant needs not admit or deny a paragraph that incorporates previous paragraphs.

87. The defendant admits the allegations of paragraph 87 of the complaint.

88. The defendant admits the allegations of paragraph 88 of the complaint.

89. The defendant denies the allegations of paragraph 89 of the complaint.

90. The defendant denies the allegations of paragraph 90 of the complaint.

91. The defendant denies the allegations of paragraph 91 of the complaint.

92. The defendant denies the allegations of paragraph 92 of the complaint.

93. The defendant denies the allegations of paragraph 93 of the complaint.

94. The defendant denies the allegations of paragraph 94 of the complaint.

95. The defendant needs not admit or deny a paragraph that incorporates previous paragraphs.

96. The defendant denies the allegations of paragraph 96 of the complaint.

97. The defendant denies the allegations of paragraph 97 of the complaint.

98. The defendant admits the allegations of paragraph 98 of the complaint.

99. The defendant denies the allegations of paragraph 99 of the complaint.

100. The defendant denies the allegations of paragraph 100 of the complaint.

101. The defendant denies the allegations of paragraph 101 of the complaint.

102. The defendant denies the allegations of paragraph 102 of the complaint.

103. The defendant needs not admit or deny a paragraph that incorporates previous paragraphs.

104. The defendant denies the allegations of paragraph 104 of the complaint.

105. The defendant denies the allegations of paragraph 105 of the complaint.

106. The defendant denies the allegations of paragraph 106 of the complaint.

107. The defendant denies the allegations of paragraph 107 of the complaint.

108. The defendant denies the allegations of paragraph 108 of the complaint.

109. The defendant denies the allegations of paragraph 109 of the complaint.

110. The defendant needs not admit or deny a paragraph that incorporates previous paragraphs.

111. The defendant denies the allegations of paragraph 111 of the complaint.

112. The defendant denies the allegations of paragraph 112 of the complaint.

113. The defendant denies the allegations of paragraph 113 of the complaint.

114. The defendant denies the allegations of paragraph 114 of the complaint.

115. The defendant denies the allegations of paragraph 115 of the complaint.

116. The defendant denies the allegations of paragraph 116 of the complaint.

117. The defendant needs not admit or deny a paragraph that incorporates previous paragraphs.

118. The defendant denies the allegations of paragraph 118 of the complaint.

119. The defendant denies the allegations of paragraph 119 of the complaint.

120. The defendant denies the allegations of paragraph 120 of the complaint.

121. The defendant denies the allegations of paragraph 121 of the complaint.

122. The defendant denies the allegations of paragraph 122 of the complaint.

123. The defendant denies the allegations of paragraph 123 of the complaint.

124. The defendant needs not admit or deny a paragraph that incorporates previous paragraphs.

125. The defendant admits that the plaintiffs are requesting recovery of costs and fees but denies that they are entitled to them.

## DEFENSES

1.   The Court lacks subject-matter jurisdiction over this entire action.

2.   The complaint fails to state a claim on which relief may be granted.

3.   The defendant reserves the right to assert additional defenses during the pendency of this action.

## SPECIFIC DENIALS

1.   The plaintiffs lack authority to sue in a representative capacity on behalf of their staff, volunteers, donors, or abortion patients and assert their third-party rights.

Respectfully submitted.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: June 27, 2022            *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on June 27, 2022, I served this document through CM/ECF upon:

Christine Rene Couvillon
Kathleen E. Kraft
Thompson Coburn, LLP
1909 K Street, NW, Suite 600
Washington, DC 20006-1167
(202) 585-6961 (phone)
(202) 585-6969 (fax)
ccouvillon@thompsoncoburn.com
kkraft@thompsoncoburn.com

Elizabeth Myers
Jennifer Ecklund
John P. Atkins
Mackenzie S. Wallace
Thompson Coburn LLP
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
(972) 629-7111 (phone)
(972) 629-7171 (fax)
emyers@thompsoncoburn.com
jecklund@thompsoncoburn.com
jatkins@thompsoncoburn.com
mwallace@thompsoncoburn.com

*Counsel for Plaintiffs*

                                                   /s/ Jonathan F. Mitchell
                                                   Jonathan F. Mitchell
                                                   *Counsel for Defendant*