UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTH TEXAS EQUAL ACCESS FUND, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>AMERICA FIRST LEGAL FOUNDATION, <br><br>　　　　Defendant. | Civil Action No. 22-0728 (ABJ) |

## ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant's motion to dismiss for lack of subject matter jurisdiction [Dkt. # 29] is **GRANTED**, and plaintiff's motion for summary judgment [Dkt. # 21] and defendant's motion to defer consideration of plaintiff's motion for summary judgment [Dkt. # 23] are **DENIED** as **MOOT**. The above-captioned case is **DISMISSED**.

This is a final, appealable order.

*/s/ Amy Berman Jackson*
AMY BERMAN JACKSON
United States District Judge

DATE: October 24, 2023

1